## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Bowler | Date: 12-10-03    Time In Court: 5 min |
| Courtroom Clerk: Saucier | Tape Number: Digital Record |
| Case: USA v. Oscar Garcia-Gonzalez | Case Number: MJ# 03-904-MBB |
| AUSA: Ven Colell | Defense Counsel: Martin Richey |
| PTSO/PO: John Riley | Interpreter: A. Juacuju  Language: Spanish |

### TYPE OF HEARING

- [ ] **Initial Appearance**
  - [ ] Arrested: Date:_____
  - Charging District: _____
  - [ ] on warrant   [ ] on probable cause
  - [ ] Defendant Sworn
  - [ ] Advised of Charges
  - [ ] Advised of Rights
  - [ ] Requests Appointment of Counsel
  - [ ] Will Retain Counsel
  - [ ] Court Orders Counsel be Appointed
  - [ ] Government Requests Detention & Continuance

- [ ] **Arraignment**
  - [ ] Defendant Waived Reading of Indictment
  - [ ] Defendant Pleads Not Guilty to Counts _____

- [ ] **Removal Hearing/Rule 40**
  - [ ] Defendant Waives Identity Hearing
  - [ ] Defendant Ordered Removed to Charging District. Order to Issue.
  - [ ] Defendant Released, Conditions Remain/ Modified/Set
  - [ ] Identity Established

- [x] **Preliminary Examination (Rule 5 or Rule 32.1)**
  - [ ] Probable Cause Found
  - [ ] Identity Established
  - [ ] Defendant Waives Identity Hearing
  - [x] Defendant Waives Preliminary Examination

- [x] **Detention Hearing**
  - [ ] Defendant Requests a Continuance
  - [x] Defendant Consents to Voluntary Detention
  - [ ] Defendant Detained, Order to Issue
  - [ ] Defendant Released on _____ with conditions
  - [ ] Detention Taken Under Advisement

- [ ] **Preliminary Probation Revocation Hearing**
  - [ ] Defendant Ordered Detained
  - [ ] Defendant Released

- [ ] **Bail Revocation Hearing**
  - [ ] Bail Revoked, Defendant Ordered Detained
  - [ ] Defendant Released, Conditions Remain/Modified
  - [ ] Defendant Released on _____ with Conditions

- [ ] **Miscellaneous Hearings**
  - [ ] Attorney Appointment Hearing
  - [ ] Change of Plea (Rule 11) Hearing
  - [ ] Material Witness Hearing
  - [ ] Motion Hearing
  - [ ] Initial Status Conference
  - [ ] Interim Status Conference
  - [ ] Final Status Conference
  - [ ] Other _____

### CONTINUED PROCEEDINGS

_____ Hearing/Conference set for _____ at _____

### REMARKS

Court will issue an Order of Voluntary Detention without prejudice

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)

AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF __MA_____

UNITED STATES OF AMERICA

v.

Oscar Gonzalez

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ 03 904-MBB

I, __Oscar Gonzalez_____, charged in a (complaint) (petition) pending in this District with _____

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

OSCAR GARCIA GONZALEZ
*Defendant*

12/10/03
*Date*

/s/ Martin Richey
*Counsel for Defendant*

## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Bowler | Date: 12-10-03     Time In Court: 20 min |
| Courtroom Clerk: Succeccio | Tape Number: Digital Record |
| Case: USA v. Robert Ramos | Case Number: MJ 03-907-MBB |
| AUSA: Emaly Schulman | Defense Counsel: Martin Richey |
| PTSO/PO: David Pirozze | Interpreter: _____ Language: _____ |

### TYPE OF HEARING

**☒ Initial Appearance**
☒ Arrested: Date: 12-10-03
   Charging District: _____
☒ on warrant    ☐ on probable cause
☐ Defendant Sworn
☒ Advised of Charges
☒ Advised of Rights
☒ Requests Appointment of Counsel
☐ Will Retain Counsel
☒ Court Orders Counsel be Appointed
☒ Government Requests Detention & Continuance

**☐ Arraignment**
☐ Defendant Waived Reading of Indictment
☐ Defendant Pleads Not Guilty to Counts _____

**☐ Removal Hearing/Rule 40**
☐ Defendant Waives Identity Hearing
☐ Defendant Ordered Removed to Charging District. Order to Issue.
☐ Defendant Released, Conditions Remain/ Modified/Set
☐ Identity Established

**☐ Preliminary Examination (Rule 5 or Rule 32.1)**
☐ Probable Cause Found
☐ Identity Established
☐ Defendant Waives Identity Hearing
☐ Defendant Waives Preliminary Examination

**☐ Detention Hearing**
☐ Defendant Requests a Continuance
☐ Defendant Consents to Voluntary Detention
☐ Defendant Detained, Order to Issue
☐ Defendant Released on _____ with conditions
☐ Detention Taken Under Advisement

**☐ Preliminary Probation Revocation Hearing**
☐ Defendant Ordered Detained
☐ Defendant Released

**☐ Bail Revocation Hearing**
☐ Bail Revoked, Defendant Ordered Detained
☐ Defendant Released, Conditions Remain/Modified
☐ Defendant Released on _____ with Conditions

**☐ Miscellaneous Hearings**
☐ Attorney Appointment Hearing
☐ Change of Plea (Rule 11) Hearing
☐ Material Witness Hearing
☐ Motion Hearing
☐ Initial Status Conference
☐ Interim Status Conference
☐ Final Status Conference
☐ Other _____

### CONTINUED PROCEEDINGS

Detention/Prelim Exam Hearing/Conference set for 12-15-03 at 2:45pm

### REMARKS

Deft. declines to answer questions of the court at this time upon the advice of counsel. Detention and Preliminary Exam set for Monday Dec. 15, 2003 @ 2:45pm. Deft. remanded to the custody of the U.S. Marshals.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ROBERT RAMOS

MAGISTRATE JUDGE NO. 03-907-MBB

### APPOINTMENT OF FEDERAL DEFENDER
### (MARTIN RICHEY)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **DECEMBER 10, 2003** to represent said defendant in this cause until further order of the Court.

By: /s/ Marianne B. Bowler
MARIANNE B. BOWLER
Chief United States Magistrate Judge

DATE: December 10, 2003

(FPDAPPNOTICECUSMJBMJCASE.wpd - 11/98)                                                    [koapptpd.]