UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | 03ms-00907-MBB |
| ROBERT RAMOS | ) | |

FILED IN CLERKS OFFICE

2003 DEC 12 P 5: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ENTRY OF APPEARANCE OF COUNSEL

Kindly enter the appearance of Jeffrey Denner and Francisco Fernandez for the Defendant, Robert Ramos, in the above-captioned matter.

Dated: December 12, 2003

Respectfully submitted,
Robert Ramos,
By his attorneys,

/s/ Francisco Fernandez
Francisco Fernandez
Jeffrey Denner
Denner Associates P.C.
Four Longfellow Place, Suites 3501-06
Boston, MA  02114
(617) 227-2800

## CERTIFICATE OF SERVICE

I, Francisco J. Fernandez, hereby certify that on this 12th day of December, 2003, I served a true and exact copy of the foregoing Notice of Appearance upon counsel for the Government, Emily Shulman, via facsimile.

Francisco J. Fernandez