AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
7003 DEC 18 DISTRICT OF    MA

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

Robert A. Ramos

## WARRANT FOR ARREST

CASE NUMBER: MJ # 03-907-MBB

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ........................   Robert A. Ramos
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment | | Information [ ] Complaint [ ] Order of court | Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Knowingly and intentionally traveling and causing another to travel and using and causing another to use a facility in interstate commerce, to wit: telephone and cellular phones, with intent that the murder of an individual be committed in violation of the laws of the Commonwealth of Massachusetts as consideration for a promise or agreement to pay, anything of pecuniary value: to wit: money.

in violation of
Title                18              United States Code, Section(s)  1958

MARIANNE B. BOWLER
Name of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

12-09-2003       Boston, MA
Date and Location

Bail fixed at $ ...........................................          by  ...........................................
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ...........................

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/16/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Robert A. Ramos

ALIAS:

LAST KNOWN RESIDENCE:  121 Sherman Street, South Dartmouth, MA  02748

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER: 000 - 00 - 0272

HEIGHT:                                              WEIGHT:

SEX:    Male                                          RACE:    African American

HAIR:                                                 EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  Federal Bureau of Investigation, One Center Plaza, Suite 600

Boston, MA 02108