UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> ROBERT RAMOS, <br>        Defendant. | CRIMINAL ACTION NO. <br> MJ-03-907-MBB |

## APPEARANCE OF COUNSEL

NOW COMES the defendant, in the above-captioned criminal matter and respectfully requests that this Honorable Court enter the appearance of the undersigned counsel in this matter.

Respectfully submitted,
FOR THE DEFENDANT,

Barry P. Wilson, Esq.
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5-A
Boston, MA 02109
(617) 248-8979
(617) 523-8700 (Fax)
BBO# 529680

Dated: 3/15/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>ROBERT RAMOS, )<br>Defendant. ) | CRIMINAL ACTION NO.<br>MJ-03-907-MBB |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within motion, "Appearance of Counsel," by United States Mail, postage pre-paid, and by facsimile, on Monday, February 3, 2003, to Emily Schulman, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210

Date: 1/12/04

Barry P. Wilson