```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: |
| | ) | |
| v. | ) | VIOLATIONS: 04CR 10146 WGY |
| | ) | |
| ROBERT RAMOS | ) | **18 U.S.C. § 1958** - Use of Interstate Commerce Facilities In The Commission of Murder-For-Hire |
| | ) | **18 U.S.C. § 1958** - Interstate Travel In The Commission Of Murder-For-Hire |
| | ) | **18 U.S.C. § 2** - Aiding and Abetting |

**INDICTMENT**

**COUNT ONE:**   (Title 18, United States Code, Section 1958 - Use of Interstate Commerce Facilities In The Commission of Murder-For-Hire)

The Grand Jury charges that:

Between on or about September 24, 2003, and December 9, 2003, in the District of Massachusetts and elsewhere,

ROBERT RAMOS

defendant herein, with intent that the murder of the mother of his child be committed in violation of the laws of the Commonwealth of Massachusetts, did knowingly and intentionally use and cause to be used facilities in interstate commerce, that is, telephone and cellular phones, to further plans to murder an individual, to wit, the mother of his child, as consideration for a promise and agreement to pay things of pecuniary value, that is, money paid and to be paid to an individual to commit murder.

All in violation of Title 18, United States Code, Sections

1958 and 2.

**COUNT TWO:**     (Title 18, United States Code, Section 1958 - Interstate Travel In The Commission Of Murder-For-Hire)

The Grand Jury further charges that:

On or about October 20, 2003, in the District of Massachusetts and the District of Rhode Island

**ROBERT RAMOS**

defendant herein, with intent that the murder of the mother of his child be committed in violation of the laws of the Commonwealth of Massachusetts, traveled in interstate commerce from the Commonwealth of Massachusetts to the State of Rhode Island to discuss plans to murder an individual, to wit, the mother of his child, as consideration for a promise and agreement to pay things of pecuniary value, that is, money paid and to be paid to an individual to commit murder.

All in violation of Title 18, United States Code, Sections 1958 and 2.

**COUNT THREE:**   (Title 18, United States Code, Section 1958 - Interstate Travel In The Commission Of Murder-For-Hire)

The Grand Jury further charges that:

On or about December 9, 2003, in the District of Massachusetts and the District of Rhode Island

**ROBERT RAMOS**

defendant herein, with intent that the murder of the mother of his child be committed in violation of the laws of the Commonwealth of Massachusetts, traveled in interstate commerce from the Commonwealth of Massachusetts to the State of Rhode Island to discuss plans to murder an individual, to wit, the mother of his child, as consideration for a promise and agreement to pay things of pecuniary value, that is, money paid and to be paid to an individual to commit murder.

All in violation of Title 18, United States Code, Sections 1958 and 2.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature: Emily Schulman]*
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: _5/4_____, 2004 @ 12:16 PM

Returned into the District Court by Grand Jurors and filed.

*[signature]*
DEPUTY CLERK