UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14 P 2: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| VS. | ) ) |
| ROBERT RAMOS, Defendant. | ) ) ) |

CRIMINAL ACTION NO.
MJ-03-907-MBB

## MOTION TO TEMPORARILY WITHDRAW MOTION TO DISMISS

The Defendant, Robert Ramos, requests that this Court allow him to temporarily withdraw his Motion to Dismiss, filed on or about May 4, 2004. A copy of the Motion is attached.

As grounds, the Defendant states that at this time the Motion is premature, inasmuch as the Defendant has only recently been arraigned. The Defendant requests that he be allowed to re-file the Motion at an appropriate date in the future.

-2-

Respectfully Submitted,
For the Defendant,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street,
Suite 5A
Boston, MA 02109
617.248.8979
617.523.8700 (Fax)

Dated: 6/10/04