UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10146-WGY</u>

**UNITED STATES**
**Plaintiff**

v.

**ROBERT RAMOS**
**Defendant**

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on 7/20/04

Any substantive motions are to be filed by 10/12/04 . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before 10/26/04 See LR 116.3(l).

A Final Pretrial Conference will be held on 11/1/04 @ 2pm

A joint memorandum in accordance with LR 116.5(C) is to be filed by 11/1/04

A tentative trial date has been set for 11/29/04

The time between 7/20/04 and 11/29/04 is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10146-WGY</u>

**UNITED STATES**
**Plaintiff**

v.

**ROBERT RAMOS**
**Defendant**

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on  7/20/04

Any substantive motions are to be filed by   10/12/04 .  See LR 116.3(E) and (H).

Response to any motion is to be filed on or before       10/26/04   See LR 116.3(l).

A Final Pretrial Conference will be held on   11/1/04 @  2pm

A joint memorandum in accordance with LR 116.5(C) is to be filed by  11/1/04

A tentative trial date has been set for   11/29/04

The time between   7/20/04   and   11/29/04   is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**July 20, 2004To: All Counsel**

**July 20, 2004To: All Counsel**