UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> VS. ) </br> ) </br> ROBERT RAMOS, ) </br> Defendant. ) | CRIMINAL ACTION NO. </br> MJ-03-907-MBB </br> 04-10146 |

**MOTION TO EXTEND FILING DATE FOR SUBSTANTIVE MOTIONS**

The Defendant, Robert Ramos, requests that this Court extend the time for filing substantive motions to November 1, 2004.

As grounds, the Defendant states that his counsel has been ill and therefore unable to prepare the motions within the time allowed.

Respectfully Submitted,
For the Defendant,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street,
Suite 5A
Boston, MA 02109
617.248.8979
617.523.8700 (Fax)

Dated: 10/14/04

I certify that a true copy of this document was served on all counsel of record by mail: postage prepaid.

Date: 10/14/04