# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:  04-10146-WGY |
| | ) | |
| *v.* | ) | |
| | ) | |
| ROBERT RAMOS | ) | |

### WAIVER OF INDICTMENT

I, Robert Ramos, the above-named defendant, who is accused of use of interstate commerce facilities between on or about September 24, 2003 and December 9, 2003, in the commission of murder for hire, in violation of 18 U.S.C. §1958; interstate travel on or about October 20, 2003, in the commission of murder for hire, in violation of 18 U.S.C. §1958; and interstate travel on or about December 9, 2003, in the commission of murder for hire, in violation of 18 U.S.C. §1958, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on January 11, 2005 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
WILLIAM G. YOUNG
Chief United States Court District Judge