JAN 15 2005

04CR10146-WGY

TO THE HONORABLE Judge WILLIAM YOUNG
I ROBERT RAMOS WENT IN FRONT OF YOU ON
THE DAY OF JANUARY 11 2005 WITH MY ATTONEY
BARRY WILSON, AND MADE A PLEA OF GUILTY
OF MURDER FOR HIRE, AS YOU NOTICE MY
ATTONEY WAS PRESSURING ME WHEN YOU WAS
EXPLAINING TO ME ABOUT THE SUPERSEDING
INDICTMENT, THAT THE GOVERMENT HAS
TO PROVE I USE MY AUTHORITY AND
I WENT AFTER THE INFORMENT, TO
HAVE THE MOTHER OF MY CHILD KILLED
I RESPONDED TO MY ATTORNEY, THAT
I DIDN'T APPROACH THE INFORMENT
AND USE MY AUTHORITY BECAUSE I WAS
A CORRECTION OFFICER, AND THAT MY
ATTORNEY LIED TO ME ABOUT I WAS
BEING INDICTED, HE TOLD ME, THE PAPER
I WAS SIGNING WAS A SUPERSEDING
INFORMATION, AND ALL IT IS TO ALLOW
THE GOVERMENT THE CHANCE, TO ADJUST
ME TWO LEVELS, BECAUSE IF I DON'T, THEY
WE GET ME A NOTHER WAY, AGAIN
HONORABLE JUDGE WILLIAM YOUNG, YOU STOPED
US, THIS IS WHEN MY ATTORNEY BARRY
WILSON, WENT UP TO MS SHULMAN, TO TALK
ABOUT IT, MR WILSON KNOWS THAT I'M
A VERY NERVOUS PERSON, EVERY TIME

you stop the hearing to talk to me my attorney was in my ear, at this time I become so coufuse that, I didn't know what to do, my brother was in the court Room, trying to get my attention, to tell me to take my case to trial, but he was worryed that he would be kicked out of the court Room my family spect a lot of money for mr Wilson, and all he has done was lied to me, my family can't afford a new attorney, I feel Mr Wilson wanted my case over with, so he can move to other cases

Is it possible to change my plea because the ruling was official the 12 of January and I went to court on the 11th?

thank you for your time in reading this.

        Respectfuly

Robert Ramos #36679
Housing Unit A1
Plymouth County Correctional Facility
26 Long Pond Rd.
Plymouth, MA. 02360

Case 1:04-cr-10146-WGY   Document 27   Filed 02/07/2005   Page 3 of 3