UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| ROBERT RAMOS ) | 18 U.S.C. § 1958 - Use of Interstate Commerce Facilities In The Commission of Murder-For-Hire |
| ) | 18 U.S.C. § 1958 - Interstate Travel In The Commission Of Murder-For-Hire |
| ) | 18 U.S.C. § 2 - Aiding and Abetting |

**SUPERSEDING INFORMATION**

COUNT ONE:   (Title 18, United States Code, Section 1958 - Use of Interstate Commerce Facilities In The Commission of Murder-For-Hire)

The United States Attorney charges that:

Between on or about September 24, 2003, and December 9, 2003, in the District of Massachusetts and elsewhere,

ROBERT RAMOS

defendant herein, with intent that the murder of the mother of his child be committed in violation of the laws of the Commonwealth of Massachusetts, did knowingly and intentionally use and cause to be used facilities in interstate commerce, that is, telephone and cellular phones, to further plans to murder an individual, to wit, the mother of his child, as consideration for a promise and agreement to pay things of pecuniary value, that is, money paid and to be paid to an individual to commit murder.

All in violation of Title 18, United States Code, Sections 1958 and 2.

*THIS IS THE DOCUMENT I WAS GIVEN TO UNDERSTAND I WOULD BE SIGNING IN COURT ON 1/11/05*