```
                                                                  1


 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                               Criminal No.
 3                                             04-10146-WGY

 4
      * * * * * * * * * * * * * * * *
 5    UNITED STATES OF AMERICA        *
                                      *
 6    v.                              *   CHANGE OF PLEA
                                      *
 7    ROBERT A. RAMOS                 *
      * * * * * * * * * * * * * * * *
 8

 9

10              BEFORE:   The Honorable William G. Young,
                                    District Judge
11

12

13

14
      APPEARANCES:
15
                EMILY R. SCHULMAN, Assistant United States
16        Attorney, 1 Courthouse Way, Suite 9200, Boston,
          Massachusetts 02210, on behalf of the Government
17
                BARRY P. WILSON, ESQ., 240 Commercial,
18        Boston, Massachusetts 0210, on behalf of the
          Defendant
19

20

21

22

23
                                          1 Courthouse Way
24                                        Boston, Massachusetts

25                                        January 11, 2005
```