UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE

2005 FEB 15  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) | |
| VS. ) ) | CRIMINAL ACTION NO. MJ-03-907-MBB |
| ROBERT RAMOS, ) Defendant. ) | |

## MOTION TO WITHDRAW

Now comes attorney Barry Wilson, counsel for the Defendant in the above-captioned matter, and requests that he be allowed to withdraw as counsel. Based on Mr. Ramos's letter to the Court of January 15, 2005, it appears that there is an irreconcilable breakdown of the attorney/client relationship in that Mr. Ramos does not trust Mr. Wilson and wishes to proceed in a fashion different from what Mr. Wilson has prepared.

A hearing is requested on this matter.

Respectfully Submitted,
For the Defendant,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street,
Suite 5A
Boston, MA 02109
617.248.8979
617.523.8700 (Fax)

Dated: 2/14/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | MJ-03-907-MBB |
| ) | |
| ROBERT RAMOS, ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, certify that I have this day sent copies of the enclosed documents, first-class mail, postage prepaid, to the following:

Emily Schulman
United States District Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Dated: 2/14/05

Barry P. Wilson