UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | MJ-03-907-MBB |
| ) | |
| ROBERT RAMOS, ) | |
| Defendant. ) | |

### DEFENDANT'S OBJECTION TO AND REQUEST FOR A HEARING REGARDING THE GOVERNMENT'S MOTION FOR MENTAL COMPETENCY EVALUATION

The Defendant, Robert Ramos, objects to the Government's Motion for Mental Competency Evaluation, which it received today, and requests a hearing on the matter.

As grounds, the Defendant states, first, that he does not in principle object to undergoing an evaluation by a Government expert, but believes that the scope of the proposed evaluation is too broad and that it is inappropriate for the Government to submit specific questions to its examining expert. The Government has filed its Motion in response to the report of the Defendant's expert, Dr. John Daignault, whose examination took only several hours. The Government proposes to have the Defendant undergo an examination that will last several weeks. It is the Defendant's position that this is a disproportionate response, and will lead to the possibility of prejudice.

To that end, the Defense requests a hearing to address the scope and terms of any mental evaluation of the Defendant to be conducted by a Government expert.

Respectfully Submitted,
For the Defendant,

_____
Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street,
Suite 5A
Boston, MA 02109
617.248.8979
617.523.8700 (Fax)

Dated: 3/21/05