UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR 22  A 10: 1?

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| VS. | ) ) CRIMINAL ACTION NO. ) MJ-03-907-MBB ) |
| ROBERT RAMOS, Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, certify that I have this day sent copies of the enclosed documents, first-class mail, postage prepaid, to the following: *(see also)*

Emily Schulman
United States District Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Dated: 3/21/05

_____
Barry P. Wilson