```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                        Criminal No.
                                        04-10146-WGY




* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *
v.                             *   SENTENCING EXCERPT
                               *
ROBERT RAMOS                   *
                               *
* * * * * * * * * * * * * * * *


           BEFORE:  The Honorable William G. Young,
                    District Judge










                                        1 Courthouse Way
                                        Boston, Massachusetts

                                        July 25, 2005
```

```
 1          THE COURT:  Mr. Robert A. Ramos, in consideration
 2   of the factors set forth in 18 United States Code, Section
 3   3553, the advisory guidelines, the information from the
 4   United States Attorney, your attorney, the probation officer
 5   and yourself, the Court sentences you to eight years in the
 6   custody of the United States Attorney General on each of the
 7   counts of conviction, the sentence on each count to run
 8   concurrent one with the other.
 9          The Court imposes thereafter three years of
10   supervised release.  The Court imposes no fine on you due to
11   your inability to pay a fine.  The Court imposes a special
12   assessment of $300.
13          The special conditions of your supervised release
14   are that you shall submit to the collection of a DNA sample
15   as directed by the probation officer.  You're prohibited
16   from possessing a firearm or other dangerous weapon.  You're
17   to participate in a mental health treatment program as
18   directed by the United States Probation Office.  You're
19   required to contribute to the costs of the services of such
20   program.  You shall demonstrate, you are required to
21   demonstrate your attempts to comply with meeting your
22   obligations with respect to any outstanding child support
23   debt.
24          Let me explain this sentence to you.  You've been
25   ably represented by your attorney.  I have carefully read
```

```
 1   everything that I know about you.  I am satisfied that you
 2   were at all material times suffering from a major depressive
 3   episode.  I am further satisfied that the strong advice of
 4   congress, expressed through the United States Sentencing
 5   Commission, is that people who suffer from diminished
 6   capacity, who nevertheless commit crimes, are, I won't say
 7   entitled, but that Courts should take into account that
 8   diminished capacity.
 9         On the other hand, the crime of which you stand,
10   the crimes of which you stand convicted are, Mr. Ramos,
11   horrific.  Nothing in your allocution comes close to
12   suggesting criminal assault, much less murder.  This was a
13   calculated plan to commit murder.  Whatever the role of the
14   other snitching individual, you, and I've, I've looked at
15   these materials, you were talking and acting and taking
16   steps to cause the murder of another human being to take
17   place.  You have got to come to terms with that.
18         This was no mistake.  You say you were, you were
19   beat.  None of that is suggestive of the conduct that went
20   on here.  The sentence that the Court imposed is just.  It
21   is adequate under the circumstances, with the idea that you
22   will get mental health counseling.  I have, I have taken
23   into account the entire record, the letters, your undoubted
24   history of selfless devotion to your mother, and your more
25   or less exemplary record as a corrections officer.  But all
```

```
 1   of that pales against a plan to commit murder.
 2          This is the sentence of the Court.  It is a just
 3   sentence.  You'll have credit toward the service of this
 4   sentence from December 10th, 2003, on which date you were
 5   first held in federal custody.
 6          You have the right to appeal from any findings or
 7   rulings the Court has made against you.  Should you appeal
 8   and should your appeal be successful in whole or in part,
 9   the case will be resentenced before another judge.
10          Mr. Wilson?
11          MR. WILSON:  Judge, may I ask for a designation of
12   Fort Devens.
13          THE COURT:  Yes, the Court will recommend Fort
14   Devens.
15          Ms. Schulman?
16          MS. SCHULMAN:  Your Honor, just to be clear, am I
17   to understand that the sentence is one imposed under the
18   guidelines with a downward departure for diminished
19   capacity?
20          THE COURT:  It is.
21          MS. SCHULMAN:  Very well.
22          THE COURT:  Thank you.
23          MS. SCHULMAN:  Note the government's objection, but
24   thank you, your Honor.
25          THE COURT:  The government objects and of course
```

```
 1    the government is informed of its right to appeal as well,
 2    though that's somewhat gratuitous, you know it.
 3              But that, the record should be clear of the reasons
 4    the Court has acted.  Those are the reasons.  That's the
 5    sentence of the Court.
 6              We'll call the next case.  He's remanded to the
 7    custody of the marshals.
 8              (Whereupon the matter concluded.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```