UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ROBERT A. RAMOS, )<br>) | 1:04CR10146-WGY-001 |

**ORDER**

Pursuant to 18 U.S.C. § 3572(d)(1) and 42 U.S.C. § 1651, and the inherent powers of this Court, it is ordered that the monies held by the Federal Bureau of Investigation in the sum of $300.00 seized from Robert A. Ramos be disbursed to the Clerk, U.S. District Court to be applied against the defendant's outstanding Special Assessment.

APPROVED:                                         SO ORDERED:

_____          _____
UNITED STATES DISTRICT JUDGE           DEPUTY CLERK
                                                              UNITED STATES DISTRICT COURT

DATED: