UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,            )
                                     )
v.                                   )           1:04CR10146-WGY-001
                                     )
ROBERT A. RAMOS,                     )
_____)

NOTICE OF APPEARANCE, REQUEST FOR SERVICE AND NOTICE OF LEVY

      Please take notice that the undersigned hereby appears as counsel for the Child Support Enforcement Division of the Massachusetts Department of Revenue (DOR), an interested party/creditor in the above-captioned case, and requests that all parties in interest serve copies of notices, papers and orders served or filed in this case upon the undersigned counsel via ECF or United States mail, first class, postage prepaid, if ECF is inapplicable.

      Attached hereto is DOR's Notice of Levy for payment of past-due child support owed by Robert A. Ramos.

                                                 Respectfully submitted,
                                                 Massachusetts Department of Revenue
                                                 Child Support Enforcement Division
                                                 By its attorney,

Dated: December 28, 2005                 /s/ Tracey B. Harding
                                                 Tracey B. Harding, Counsel
                                                 100 Cambridge Street
                                                 P.O. Box 9561
                                                 Boston, MA 02114-9561
                                                 (617) 626-4313
                                                 Mass. Bar No. 651041

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,     )
                              )
v.                            )          1:04CR10146-WGY-001
                              )
ROBERT A. RAMOS,              )
_____)

CERTIFICATE OF SERVICE

     I hereby certify that on this day a true copy of the Notice of Appearance was served by first-class mail to the defendant's attorney, Barry Wilson, located at 240 Commercial Street, Boston, MA 02109 and to Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

                                                                    /s/ Tracey B. Harding
                                                                  Tracey B. Harding, Counsel

Dated: December 28, 2005



# The Commonwealth of Massachusetts
## Department of Revenue
### Child Support Enforcement

**ALAN LEBOVIDGE**
COMMISSIONER

**MARILYN RAY SMITH**
DEPUTY COMMISSIONER

## NOTICE OF LEVY
(Massachusetts General Laws, Chapter 119A, Section 6 (b) (3) and (4))

| | | | |
|---|---|---|---|
| Name: | Kenneth W. Kaiser<br>Special Agent in Charge | Obligor's Name: | Robert A. Ramos |
| Address: | Federal Bureau of Investigation<br>Boston Field Office<br>One Center Plaza, Suite 600 | Obligor's Address: | Plymouth County Correctional<br>26 Long Pond Road |
| City/State/Zip: | Boston, MA 02210 | Obligor's City/State/Zip: | Plymouth, MA 02360 |
| | | Social Security Number: | 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 |
| | | Total Amount Due: | $16,354.36 |

The obligor named above owes a child support debt in the amount mentioned above which accrued pursuant to an orders from Bristol Probate and Family Court. Pursuant to M.G.L Chapter 119A, Section 6 (b) (1) this debt is now a lien by operation of law in favor of the custodial parent or the Commonwealth of Massachusetts on any real or personal property belonging to the obligor. Notice and demand have been made on the obligor for the total amount of the debt. The obligor has failed to pay and the debt is past-due.

This is to notify you that all property or rights to property, funds and credits belonging to the obligor, or for which you are obligated to the obligor, which are in your possession, are hereby levied for payment of past-due child support, including any statutory additions.

**Demand is hereby made for the immediate payment of the amount set forth above, or such lesser amount, from the obligor's property, or from funds which you owe or may owe in the future to the obligor, in your possession.**

A person or entity that fails or refuses to surrender property subject to levy shall be liable to the Commonwealth in a sum equal to the value of the property not so surrendered but not exceeding the amount of the lien, together with costs and interest at the rate established by section thirty-two of chapter sixty-two C from the date of the levy. G.L..c.119A, sec.6(b)(7).

This levy shall remain in effect until the obligor's child support arrears are paid in full or upon release of the levy by the Child Support Enforcement Division of the Department of Revenue. In any event the levy will expire no later than six years from the date of issuance, unless extended by issuance of a further Notice of Levy. G.L. Chapter 119A, Section 6 (b) (5).

| Child Support Enforcement | Signature: *[signed]* | Date: December 28, 2005 |
|---|---|---|

---

*(Cut on dotted line. Complete, attach payment and mail this portion to address below)*

## PAYMENT OF LEVY

Please complete and remit this portion of the form with any payments resulting from this levy. Make all payments to the Commonwealth of Massachusetts and send to:

DOR/CSE
P.O. Box 55140
Boston, MA 02205-9140

| Obligor's Name: | Obligor's SSN: | Levy Number: | Amount of Check: |
|---|---|---|---|
| Robert A. Ramos | 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 | | |