UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,   )
                            )
v.                          )         1:04CR10146-WGY-001
                            )
ROBERT A. RAMOS,            )
_____)

## ORDER

Pursuant to 42 U.S.C. § 651 et. seq. and M.G.L. c. 119A, § 6, and the inherent powers of this Court, it is ordered that the monies held by the Federal Bureau of Investigation in the sum of $2,000 seized from Robert A. Ramos be disbursed to the Child Support Enforcement Division of the Massachusetts Department of Revenue (DOR) to be applied against the defendant's past-due child support.

APPROVED:                              SO ORDERED:


_____       _____
UNITED STATES DISTRICT JUDGE         DEPUTY CLERK
                                     UNITED STATES DISTRICT COURT


DATED: